

## Fourth Court of Appeals

### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-19-00329-CR

Jaime **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-6091
Honorable Kevin M. O'Connell, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Beth Watkins, Justice

Delivered and Filed: July 3, 2019

DISMISSED

On May 28, 2019, this court ordered appellant to file a response by June 17, 2019, showing why this appeal should not be dismissed for want of jurisdiction. Our May 28, 2019 order noted appellant seeks to appeal a non-appealable order, specifically an order denying his motion for nunc pro tunc. *See Brown v. State*, No. 03-19-00056-CR, 2019 WL 1051856, at *1 (Tex. App.—Austin Mar. 6, 2019, no pet. h.) (mem. op., not designated for publication). Appellant's court-appointed lawyer timely filed a response stating this court lacks appellate jurisdiction because there is no

appealable order. Concluding we lack appellate jurisdiction over this appeal, this appeal is dismissed. *See id.*

PER CURIAM

DO NOT PUBLISH